# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

PLASSER AMERICAN CORPORATION                                    PLAINTIFF

v.                              No. 3:06CV00095 JLH

THE BURLINGTON NORTHERN AND
SANTA FE RAILWAY COMPANY                                        DEFENDANT

## ORDER

The joint motion for extension of discovery is GRANTED.  Document #25.  The discovery deadline is hereby extended up to and including September 14, 2007.

IT IS SO ORDERED this 30th day of July, 2007.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE