# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

PLASSER AMERICAN CORPORATION                                              PLAINTIFF

v.                                    NO. 3:06CV00095 JLH

BURLINGTON NORTHERN AND
SANTA FE RAILWAY COMPANY                                                  DEFENDANT

## ORDER

    Presently before the Court is the Joint Motion for Continuance of the trial date. Docket #29. Good cause having been shown, the motion will be granted, and the trial of this matter previously set for October 15, 2007, in Jonesboro, Arkansas, is removed from the Court's docket. A new trial date and scheduling deadlines will be set by separate order.

    IT IS SO ORDERED this 16th day of August, 2007.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE